IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

HOPEMAN BROTHERS, INC.,

*Plaintiff*,

v.

CONTINENTAL CASUALTY COMPANY and
LEXINGTON INSURANCE COMPANY,

*Defendants*.

Civil No. 4:16-cv-00187-MSD-LRL

**JOINT NOTICE OF PENDING SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Hopeman Brothers, Inc. has reached confidential, signed term sheet agreements in principle with each of Defendants Continental Casualty Company and Lexington Insurance Company to resolve their respective disputes in this litigation.

WHEREFORE, the Parties respectfully request that the Court remove the June 6, 2018 trial date for this matter, stay all proceedings in this matter, and suspend all remaining pretrial deadlines, including all deadlines for briefs that were previously ordered by the Court, while the Parties finalize the settlement agreements and related documents. The Parties expect to submit dismissal documents within thirty (30) days.

Dated: May 25, 2018

BLANK ROME LLP

*Attorneys for Plaintiff
Hopeman Brothers, Inc.*

By: /s/ Kyle P. Brinkman
    Kyle P. Brinkman (VA #80170)

Respectfully submitted,

SPOTTS FAIN PC

*Attorneys for Defendants Continental
Casualty Company and
Lexington Insurance Company*

By: /s/ M.F. Connell Mullins, Jr.
    M. F. Connell Mullins, Jr.

Jeffrey M. Johnson (pro hac vice)
John A. Gibbons (pro hac vice)
Justin F. Lavella (VA #48489)
Lyndsay A. Gorton (VA #80409)
1825 Eye Street NW
Washington, DC 20006
Phone:  (202) 420-2200
Fax:  (202) 420-2201
Email:  KBrinkman@blankrome.com
Email:  JJohnson@blankrome.com
Email:  JGibbons@blankrome.com
Email:  JLavella@blankrome.com
Email:  LGorton@blankrome.com

(VSB No. 47213)
411 East Franklin Street, Suite 600
Richmond, VA 23219
Email: cmullins@spottsfain.com

MENDES & MOUNT, LLP

*Attorneys for Defendants Continental Casualty Company and Lexington Insurance Company*

Eileen T. McCabe (*pro hac vice*)
Stephen T. Roberts (*pro hac vice*)
Jaimie H. Ginzberg (*pro hac vice*)
Rebecca S. Bardach (*pro hac vice*)
750 Seventh Avenue
New York, NY 10019
Phone:  (212) 261-8000
Fax:  (212) 261-8750
Email:  Eileen.McCabe@mendes.com
Email:  Stephen.Roberts@mendes.com
Email:  Jaimie.Ginzberg@mendes.com
Email:  Rebecca.Bardach@mendes.com


SHOOK HARDY & BACON LLP

*Attorneys for Defendants Continental Casualty Company and Lexington Insurance Company*

Lynn Hagman Murray (*pro hac vice*)
Riley Caroline Mendoza (*pro hac vice*)
111 South Wacker Dr
Suite 5100
Chicago, IL 60606
Phone:  (312) 704-7700
Fax:  (312) 558-1195
Email: lhmurray@shb.com
Email: rmendoza@shb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Dated: May 25, 2018                            By: /s/ Kyle P. Brinkman
                                                                                Kyle P. Brinkman (VA #80170)
                                                                                BLANK ROME LLP
                                                                                1825 Eye St NW
                                                                                Washington, DC 20006
                                                                                Phone:     (202) 420-2200
                                                                                Fax:         (202) 420-2201
                                                                                Email:      KBrinkman@blankrome.com

                                                                                *Attorneys for Plaintiff*
                                                                                *Hopeman Brothers, Inc.*